UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH MOURA,<br><br>    Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 2:22-cv-00522-GMN-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 23, 2022, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: September 16, 2022

                                                                                 _____
                                                                                 Nancy J. Koppe<br>                                                                                 United States Magistrate Judge