| | |
|---|---|
| 1 | RICHARD L. STUHLBARG |
|   | Nevada Bar No. 9698 |
| 2 | **BOWMAN AND BROOKE LLP** |
|   | 970 W. 190th Street, Suite 700 |
| 3 | Torrance, California 90502 |
|   | (310) 768-3068 (Telephone) |
| 4 | (310) 719-1019 (Facsimile) |
|   | richard.stuhlbarg@bowmanandbrooke.com |
| 5 | |
|   | MARIO D. VALENCIA |
| 6 | Nevada Bar No. 6154 |
|   | **ATTORNEY AT LAW, LLC** |
| 7 | 40 S. Stephanie St., Ste. 201 |
|   | Henderson, Nevada 89012 |
| 8 | (702) 384-7494 (Telephone) |
|   | (702) 384-7545 (Facsimile) |
| 9 | valencia.mario@gmail.com |
| 10 | Attorneys for Defendant Jaguar Land Rover North America, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH MOURA, | Case No.: 2:22-cv-00522-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

Plaintiff Elizabeth Moura, by and through her counsel of record Robert B. Katz, Esq. of the law firm of Amar Law Group, PLLC, and Defendant Jaguar Land Rover North America, LLC, by and through its counsel of record Richard L. Stuhlbarg, Esq., of the law firm of Bowman and Brooke LLP, and Mario D. Valencia, Esq., hereby inform the court that the parties have settled this case, and as such hereby stipulate that this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to all claims and against all parties, with each party to bear its own attorney's fees

1

and costs incurred.

DATED: January 20, 2023

**BOWMAN AND BROOKE LLP**

By: /s/ *Richard L. Stuhlbarg*
Richard L. Stuhlbarg
Nevada Bar No. 9698
Bowman and Brooke LLP
970 W. 190th Street Suite, 700
Torrance, CA 90502

Mario D. Valencia
Nevada Bar No. 6154
Attorney at Law, LLC
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012

Attorneys for Defendant Jaguar Land Rover North America, LLC

DATED: January 20, 2023

**AMAR LAW GROUP, PLLC**

By: /s/ *Robert B. Katz*
Robert B. Katz
Nevada Bar No. 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102

Attorneys for Plaintiff Elizabeth Moura

## ORDER

**IT IS SO ORDERED.**

Dated this  21  day of January, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT